(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
(TORT) MOTOR VEHICLE TORT - CONTRACT -
EQUITABLE RELIEF - OTHER)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO. 20  0318

Kathleen Crosby
_____, Plaintiff(s)

v.

Divi Hotels Marketing, Inc. d/b/a
Divi Village Golf & Beach Resort, Defendant(s)

### SUMMONS

To the above-named Defendant: Divi Hotels Marketing, Inc.
d/b/a Divi Village Golf & Beach Resort

You are hereby summoned and required to serve upon Jennifer Miller, plaintiff's attorney, whose address is 17 Storrs Avenue, Braintree, MA 02184, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, JUDITH FABRICANT, Esquire, at Braintree the 23rd day of March, in the year of our Lord two thousand and 2020.

_____ Clerk.

NOTES:
1. This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

F-33

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .........................................., 20       , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

..................................................................................................................................................

..................................................................................................................................................

..................................................................................................................................................

Dated:                             , 20       ..................................................................................................................................................

N.B.  TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

|  |
|---|
| , 20 |

---

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                SUPERIOR COURT
                            CIVIL ACTION
                            NO. 20CV318

Kathleen Crosby ........................., *Plaintiff*

v.

Divi Hotels Marketing, Inc. d/b/a
Divi Village Golf & Beach Resort ........................., *Defendant*

SUMMONS
(Mass. R. Civ. P.4)

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2082CV00318 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Crosby, Kathleen vs. Divi Hotels Marketing, Inc Doing Business as Divi Village Golf & Beach Resort | | Walter F. Timilty, Clerk of Courts |
| TO: Jennifer Miller, Esq. Shaw and Corcoran, P.C. 17 Storrs Ave Braintree, MA 02184 | | COURT NAME & ADDRESS Norfolk County Superior Court 650 High Street Dedham, MA 02026 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 06/17/2020 | |
| Response to the complaint filed (also see MRCP 12) | | 07/17/2020 | |
| All motions under MRCP 12, 19, and 20 | 07/17/2020 | 08/17/2020 | 09/15/2020 |
| All motions under MRCP 15 | 07/17/2020 | 08/17/2020 | 09/15/2020 |
| All discovery requests and depositions served and non-expert depositions completed | 01/13/2021 | | |
| All motions under MRCP 56 | 02/12/2021 | 03/15/2021 | |
| Final pre-trial conference held and/or firm trial date set | | | 07/12/2021 |
| Case shall be resolved and judgment shall issue by | | | 03/21/2022 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time. Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service. This case is assigned to

| DATE ISSUED 03/19/2020 | ASSISTANT CLERK | | PHONE |
|---|---|---|---|

Date/Time Printed: 03-19-2020 13:39:54                                             SCV026\ 08/2018

| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT COUNTY: NORFOLK | DOCKET NO. |
|---|---|---|
| TYPE PLAINTIFF(S) NAME: Kathleen Crosby | TYPE DEFENDANT(S) NAME: Divi Hotels Marketing, Inc. d/b/a Divi Village Golf & Beach Resort | |

Type Plaintiff's Attorney name, Address, City/State/ZIp Phone Number and BBO#

Jennifer Miller, Esq. BBO#666842
Shaw and Corcoran, P.C.
17 Storrs Avenue
Braintree, MA 02184

Type Defendant's Attorney Name, Address, City/State/Zip Phone Number (If Known)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.   TYPE OF ACTION (specify)   TRACK

B04 Other Neglience - Personal Injury/Property Damage - Fast Track

IS THIS A JURY CASE?   [x] Yes   [ ] No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses
2. Total doctor expenses                                    $ appr. 1,000.00
3. Total chiropractic expenses                              $444.00
4. Total physical therapy expenses                          $
5. Total other expenses (describe)                          $
   Occupational Therapy                                     
B. Documented lost wages and compensation to date   Subtotal $5,195.00
C. Documented property damages to date                      $6,639.00
D. Reasonably anticipated future medical expenses           $7,200.00
E. Reasonably anticipated lost wages and compensation to date  $
F. Other documented items of damages (describe)             $ unknown
                                                            $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   pain and suffering, permanent 19% impairment             $135,000.00
   Finger laceration, fractures to three fingers, 19% impairment level, fine motor skills deficit permanent

Total $ 148,839.00

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL   $..............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _[signature]_   Date: 3/16/2020

A.O.S.C. 3-2007

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS

SUPERIOR COURT DEPARTMENT
DOCKET NO.:

KATHLEEN CROSBY,
    Plaintiffs

v.

DIVI HOTELS MARKETING, INC.
d/b/a DIVI VILLAGE GOLF &
BEACH RESORT,
    Defendant

**COMPLAINT**

## PARTIES

1. The Plaintiff, Kathleen Crosby ("Plaintiff"), is an individual with a usual residence of 15 Coolidge Avenue, Weymouth, Massachusetts 02188.

2. The Defendant, Divi Hotels Marketing, Inc. d/b/a Divi Village Golf & Beach Resort. ("Divi Hotels"), is a foreign corporation with a principal place of business located at 6320 Quadrangle Drive, Suite 210, Chapel Hill, North Carolina 27517.

## COUNT I - NEGLIGENCE

3. The Plaintiff repeats, realleges, and incorporates by reference as fully set forth in their entirety Paragraphs 1 through 2 of this Complaint.

4. On or about April 5, 2019, the Plaintiff was a timeshare owner and guest at the property known as Divi Village Golf & Beach Resort located at J.E. Irausquin Boulevard, #93, Oranjestad, Aruba Dutch Carribean (the "premises").

5. On or about April 5, 2019, the Defendant Divi Hotels Marketing, Inc. d/b/a Divi Village Golf & Beach Resort was the legal owner of the premises.

6. On or about April 5, 2019, the Defendant Divi Hotels Marketing, Inc. d/b/a Divi Village Golf & Beach Resort was responsible for management on the premises.

7. On or about April 5, 2019, the Plaintiff fell due to divet in a walkway on the grounds of the premises, causing her to sustain personal injuries.

8. The Defendant has a duty to maintain the premises in a safe condition free of any hazards or defects.

9. The Defendant failed to maintain the premises in a safe condition free of any hazards and defects.

10. Plaintiff sustained injuries as a result of the negligent manner in which the premises were maintained and controlled as described in allegation nine.

11. As a direct and proximate result of negligence on part of the Defendant, the Plaintiff suffered permanent injuries, incurred pain and suffering, lost wages and accrued medical expenses.

**PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL COUNTS TRIABLE BY A JURY.**

Respectfully submitted
Kathleen Crosby
By her attorney

Jennifer Miller, Esq.
Shaw and Corcoran, P.C.
17 Storrs Avenue
Braintree, MA 02184
jmiller@shawandcorcoran.com
(781) 848-8744
BBO #666842

Dated: 3/16/2020